

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00409-CV

Frederick O. **SILVER**,
Appellant

v.

**TOYOTA MOTOR MANUFACTURING TEXAS, INC.** and Wells Fargo Bank, N.A.,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-05365
Honorable Rosie Alvarado, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's June 5, 2019 Order on Ability to Afford Costs is AFFIRMED. We ORDER appellant Frederick O. Silver to pay the $205 filing fee for this appeal within 15 days of the date of this judgment.

SIGNED October 16, 2019.

_____
Beth Watkins, Justice